# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BARTON GERNANDT, JR., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-15-834-D |
| SANDRIDGE ENERGY, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHRISTINA A. CUMMINGS, on behalf of the SandRidge Energy, Inc. 401(k) Plan, herself, and, alternatively, a class consisting of similarly situated participants of the Plan, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-15-892-D |
| SANDRIDGE ENERGY, INC., MARY L. WHITSON, ROBERT SCOTT GRIFFIN, JOHN DOES 1-10, and RELIANCE TRUST COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

Plaintiffs' Joint Motion to Consolidate Related ERISA Actions [Doc. No. 52]

is **GRANTED** as set forth herein:

1. The above captioned actions are hereby consolidated for all purposes, pursuant to Fed. R. Civ. P. 42(a). For purposes of judicial economy and because the foregoing actions involve identical questions of law and fact, the Court finds consolidating these actions will avoid unnecessary waste of judicial resources and additional cost and delay to the parties. *See Boggs v. Chesapeake Energy Corp.*, 286 F.R.D. 621, 623 (W.D. Okla. 2012).

2. The caption set out above shall be used in all future pleadings. All future filings are to be made in the lower numbered case, Case No. CIV-15-834-D. Case No. CIV-15-892-D shall be closed and any pending motions in that case are dismissed without prejudice to refiling.

3. Within thirty (30) days of entry of this Order, Plaintiffs' Counsel shall confer with counsel for Defendants and the parties shall submit a proposed preliminary schedule setting forth:

    a. The date by which Plaintiffs will file a Consolidated Complaint;

    b. The date by which Defendants will answer or otherwise respond to the Consolidated Complaint; and

    c. If Defendants move to dismiss all or part of the Consolidated Complaint, a briefing schedule regarding such motion.

IT IS SO ORDERED this  10th  day of September, 2015.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE