# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BARTON GERNANDT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. CIV-15-834-D |
| v. ) | |
| ) | (*Consolidated with* |
| SANDRIDGE ENERGY, INC., et al., ) | Case No. CIV-15-892-D |
| ) | Case No. CIV-15-1001-D) |
| Defendants. ) | |

## **JUDGMENT**

Pursuant to the Court's Orders issued this date, judgment is entered in favor of Defendants and against Plaintiffs.

**ENTERED** this 8th day of November, 2018.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE